455 P.2d 189

**Glynn MONTOMERY, et al., Plaintiffs-Appellants,**

**v.**

**Tom BOULWARE, et al., Defendants-Appellees.**

**No. 8777.**

Supreme Court of New Mexico.

June 9, 1969.

Ethan K. Stevens, Clayton, for appellants.

Krehbiel & Alsup, Clayton, for appellees.

### OPINION

TACKETT, Justice.

This case is before us as a result of a dismissal by the trial court under Rule 41 (e), Rules of Civil Procedure (§ 21-1-1 (41) (e), N.M.S.A., 1953 Comp.).

The instant case is controlled by the recent case of Southwest Underwriters v. Montoya, 80 N.M. 107, 452 P.2d 176 (1969).

The order of dismissal is affirmed.

It is so ordered.

MOISE and WATSON, JJ., concur.